UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : NO. 3: CR -17- 250

v.

: (JUDGE    )

JARED ANDREW NOVY,
       Defendant

FILED
SCRANTON
AUG 2 2 2017
PER
DEPUTY CLERK

INDICTMENT

COUNT 1

Sexual Exploitation of Children
18 U.S.C. § 2251(b)

THE GRAND JURY CHARGES:

On or about December 3, 2016 and continuing through January 2017, in the Middle District of Pennsylvania, and elsewhere, the defendant,

JARED ANDREW NOVY

being the parent, legal guardian, and a person having custody or control of a minor, did knowingly employ, use, persuade, induce, entice and coerce the minor, Victim-1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, a video

1

approximately 2:14 minutes in length and uploaded to YouTube on December 3, 2016, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT 2

### Sexual Exploitation of Children
### 18 U.S.C. 2251(b)

**THE GRAND JURY FURTHER CHARGES:**

On or about August 22, 2016, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### JARED ANDREW NOVY

being the parent, legal guardian, and a person having custody or control of a minor, did knowingly employ, use, persuade, induce, entice and coerce the minor, Victim-1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, a video approximately 4:09 minutes in length, and the visual depiction was

2

produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT 3

Sexual Exploitation of Children
18 U.S.C. 2251(b)

**THE GRAND JURY FURTHER CHARGES:**

On or about August 22, 2016, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**JARED ANDREW NOVY**

being the parent, legal guardian, and a person having custody or control of a minor, did knowingly employ, use, persuade, induce, entice and coerce the minor, Victim-1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, a .jpg image, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign

3

commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT 4

### Sexual Exploitation of Children
### 18 U.S.C. § 2251(b)

**THE GRAND JURY FURTHER CHARGES:**

On or about July 6, 2016, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**JARED ANDREW NOVY**

being the parent, legal guardian, and a person having custody or control of a minor, did knowingly employ, use, persuade, induce, entice and coerce the minor, Victim-1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, a .jpg image, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2251(b).

## COUNT 5

Sexual Exploitation of Children
18 U.S.C. § 2252(a)(2)

THE GRAND JURY FURTHER CHARGES:

From on or about January 2009 and continuing through February 2017, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### JARED ANDREW NOVY

did knowingly receive and distribute any visual depiction using any means and facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct and the visual depiction is of such conduct.

All in violation of Title 18, United States Code, Section 2252(a)(2).

# COUNT 6

## Sexual Exploitation of Children
## 18 U.S.C. § 2252A(a)(5)(b)

**THE GRAND JURY FURTHER CHARGES:**

From on or about January 2009 and continuing through February 2017, in the Middle District of Pennsylvania, and elsewhere, the defendant,

## JARED ANDREW NOVY

knowingly possessed and caused to be possessed, images of child pornography, as defined in Title 18, U.S.C. § 2256, depicting a minor engaged in sexually explicit conduct, including prepubescent minors under the age of 12 years of age, that had been mailed, shipped or transported in interstate or foreign commerce by any means, including by computer, and was produced using materials that had been mailed, shipped or transported in interstate or foreign commerce by any means, including by computer.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL



_8-22-17_
DATE

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

_Aug 22, 2017_
DATE

BY: _Michelle Olshefski_
MICHELLE OLSHEFSKI
ASSISTANT U.S. ATTORNEY

7